UNITED STATES ex rel. Keith M. BALL, etc., Relator-Appellee, v. Benjamin M. DAY, as Commissioner, etc., Respondent-Appellant.

No. 266.

Circuit Court of Appeals, Second Circuit.

March 3, 1930.

Leon E. Spencer, of New York City, for appellant.

John E. Stevens, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court.

Anthony O'Boyle, Libelant-Appellant, v. THE Steamtug VIKING, The New York Towing & Transportation Company, Claimant-Appellee.

No. 222.

Circuit Court of Appeals, Second Circuit.

Feb. 17, 1930.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (C. W. Hagen, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

Luther WEEDIN, Commissioner of Immigration, etc., Appellant, v. Lee SULK, Appellee.

No. 6089.

Circuit Court of Appeals, Ninth Circuit.

March 3, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.

Dismissed upon stipulation of counsel for respective parties.

WESTERN SURETY COMPANY, Appellant, v. COMMISSIONER OF INTERNAL REVENUE.

No. 8589.

Circuit Court of Appeals, Eighth Circuit.

Nov. 19, 1929.

Joe H. Kirby, of Sioux Falls, S. D., for appellant.

Mabel Walker Willebrandt, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Shelby S. Faulkner, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for appellee.

PER CURIAM.

Petition for review of decision of United States Board of Tax Appeals dismissed for want of prosecution.

Ray WHITSETT et al., Appellants, v. UNITED STATES of America.

No. 8817.

Circuit Court of Appeals, Eighth Circuit.

Jan. 30, 1930.

Horace Guffin and W. G. Lynch, both of Kansas City, Mo., for appellants.

S. M. Carmean, Asst. U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed, per stipulation of parties.